AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
August 20, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JA_____
             DEPUTY

Justin Lane Slatton
_Petitioner_

v.

Warden B. Antonelli
_Respondent_
(name of warden or authorized person having custody of petitioner)

7:21-cv-00142-DC
Case No. 7:17-CR-00044-LG-1
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Justin Lane Slatton
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Federal Correctional Complex Coleman USP 1
   (b) Address: P.O. Box 1033
      Coleman, Florida 33521-1033
   (c) Your identification number: 86653-380
3. Are you currently being held on orders by:
   ☒ Federal authorities  ☐ State authorities  ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Western District of Texas United States, 200 E Wall Street, Midland Texas 79701
      (b) Docket number of criminal case: 7:17-cr-00044-LG-1
      (c) Date of sentencing: July 24, 2017
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): __Not being given proper time towards sentence that I was in custody for.__

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: _____

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _____

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes       ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: __Filed BP-8 administrative remedy at Pollock USP page 3 of included papers__

   (2) Date of filing: __12-06-2018__

   (3) Docket number, case number, or opinion number: _____

   (4) Result: __could not be handled at this level__

   (5) Date of result: __12-06-2018__

   (6) Issues raised: __Proper time to be credited towards Federal Sentence__

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes      ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: BP-9 administrative Remedy to Warden at Pollock USP page 4 of included document

(2) Date of filing: 12-06-2018

(3) Docket number, case number, or opinion number: 959437-F3

(4) Result: 12-17-2018 That time was calculated correctly

(5) Date of result: 12-17-2018

(6) Issues raised: That I Justin Slatton was not being credited time correctly towards sentence

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes      ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: BP-10 and BP-11 To Regional office and to Central office in Washington pages 6,7,8,9,10

(2) Date of filing: 1-14-2019 and 3-10-2019

(3) Docket number, case number, or opinion number: _____

(4) Result: That time was correct

(5) Date of result: 3-18-2019

(6) Issues raised: That sentence begin date was not correct. The Federal Bureau of Prisons has my sentence begin date as 1-3-2018

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal:
_____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes          ☒ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes          ☐ No

   If "Yes," provide:

   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____
   _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes          ☒ No

   If "Yes," provide:

   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes   ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes    ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** United States Marshall hold was placed on Justin Lane Slatton on or about 1-15-17, Mr. Slatton could not bond out of jail due to Federal hold.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes      ☒ No

GROUND TWO: On 2-24-2017 Justin Lane Slatton was arrested by Federal Authorities and taken into Federal custody at ECCU in Odessa, TX per Writ of Habeas Corpus ad Prosequendum signed by Judge David Counts

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Noted on Docket Sheet

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☒ No

GROUND THREE: Mr. Slatton was sentenced of 7-24-2017 by Chief United States District Judge Louis Guirola to a term of 115 months and 3 years supervision on Count 1 and Count 2 to run concurrently, with credit for time while in custody for Federal offense

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Justin Slatton was in custody for these Federal offenses from the day that United States Marshalls hold was placed on him on or about 1-15-2017 and not allowed release on Bond. Justin Slatton was taken into physical custody by United States District Court on 2-24-2017 as per docket sheet

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes      ☒ No

**GROUND FOUR:** Justin Lane Slatton was sentenced to one year State Jail Time by Honorable Judge Robin Darr of the Texas District Court 385th on 9-1-2017 to run concurrent with Federal Sentence imposed on 7-24-2017

(a) Supporting facts (Be brief. Do not cite cases or law.):
State Judge Robin Darr sentenced Justin Slatton to 12 months on 9-1-2017 to state jail charge to be concurrent to Federal Sentence. It was entered into records in the Texas 385th District Court.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Federal Prison Authorities have all this information but refuse to credit me the proper time towards my sentence

**Request for Relief**

15. State exactly what you want the court to do: Issue order to Federal Bureau of Prisons to credit time from January 15, 2017 as start of sentences in 7:17-CR-00044-LG(1) for Justin Slatton #86653-380 Sentence begin date should be January 15, 2017 when United States Marshalls hold was placed on Justin Slatton

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_August 2nd 2021_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 8-02-2021

_Justin Slatton_
Signature of Petitioner

Signature of Attorney or other authorized person, if any

Justin Stratton #86653
Federal Correctional Complex USP I
P.O. Box 1033
Coleman, Florida 33521-1033

RECEIVED
AUG 2 0 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Federal Court
Attn: Court Clerk
200 E. Wall St, Rm 222
Midland, TX 79706